```
 1  Daniel T. Clifford, Esq., SBN: 227632
    CLIFFORD & BROWN
 2  A Professional Corporation
    Attorneys at Law
 3  Bank of America Building
    1430 Truxtun Avenue, Suite 900
 4  Bakersfield, CA  93301
    Telephone: (661) 322-6023
 5  Facsimile: (661) 322-3508

 6  Attorneys for Defendant,
    JIM BURKE FORD, INC.
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JOSEPH F. ETIENNE, as Receiver for EDWARD O. TIETJEN, TAMMY L. TIETJEN and ED TIETJEN CONCRETE CONSTRUCTION, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, THE FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, THE EMPLOYMENT DEVELOPMENT DEPARTMENT OF THE STATE OF CALIFORNIA, THE BOARD OF EQUALIZATION OF THE STATE OF CALIFORNIA, EDWARD O. TIETJEN, TAMMY L. TIETJEN, ED TIETJEN CONCRETE CONSTRUCTION, INC., A-1 BATTERY, ACCURATE TRENCHING, AMERICAN TRANSIT MIX CO., INC., BAKERSFIELD COUNTRY CLUB, BC TIRE SALES, BRUNDAGE-BONE CONCRETE PUMPING, INC., CENTURY LANDSCAPE, INC., CITIBANK SOUTH N.A., FLEET CARD FUELS, FLEMING CONCRETE PUMPING, | CASE NO. 1:05-CV-00703-REC-SMS<br><br>STIPULATION TO DISMISS JIM BURKE FORD, INC. WITH PREJUDICE |

26  ////

1

Stipulation to Dismiss Jim Burke Ford, Inc. with Prejudice

PDF created with pdfFactory trial version www.pdffactory.com

```
 1 | INC., HERTZ EQUIPMENT RENTAL   )
   | CORP., INC., HUB CONSTRUCTION  )
 2 | SPECIALTIES, INC., JIM BURKE   )
   | FORD, INC., KERN BROS.         )
 3 | TRUCKING, INC., KERN COUNTY    )
   | WASTE MANAGEMENT NEXTEL,       )
 4 | NOTEWORLD, SPEED'S OIL TOOL    )
   | SERVICE, INC., UNITED RENTALS  )
 5 | NORTHWEST, INC., WATTENBARGER  )
   | DO IT CENTER, WITCHER ELECTRIC )
 6 | ZURICH NORTH AMERICA AND DOES  )
   | 1 through 50, inclusive,       )
 7 |                                )
   |           Defendants.          )
 8 | _____)
```

9  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

10       Defendant, JIM BURKE FORD, INC. ("BURKE"), and JOSEPH F.
11  ETIENNE, as Receiver for EDWARD O. TIETJEN, TAMMY L. TIETJEN and
12  ED TIETJEN CONCRETE CONSTRUCTION, INC., a California corporation
13  ("ETIENNE"), hereby stipulate to the dismissal of BURKE on the
14  grounds that BURKE disclaims any interest it may have in the
15  funds deposited with the Court.

16       Therefore, the parties mutually request that an order issue
17  dismissing BURKE from the action with prejudice.

18

19  DATED: August 16, 2005           By /s/ Michael P. Mears
                                        MICHAEL P. MEARS, ESQ.
20                                      Attorney for Plaintiff

21

22  DATED: August 8, 2005                    CLIFFORD & BROWN

23

24                                   By /s/ Daniel T. Clifford
                                        DANIEL T. CLIFFORD, ESQ.
25                                      Attorney for Defendant
                                        JIM BURKE FORD, INC.
26

2

Stipulation to Dismiss Jim Burke Ford, Inc. with Prejudice

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2 IT IS HEREBY ORDERED that Defendant JIM BURKE FORD, INC. be
3 and hereby is dismissed with prejudice from the above-captioned
4 action.

5 DATED: August 30 , 2005    /s/ ROBERT E. COYLE_____
                              ROBERT E. COYLE, United
6                             States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com