MICHAEL P. MEARS
A PROFESSIONAL CORPORATION
MICHAEL P. MEARS # 062113
MING OFFICE PARK
5500 MING AVENUE, SUITE 225
BAKERSFIELD, CA 93309
(661) 834-1600 TELEPHONE
(661) 834-0466 FACSIMILE

Attorney for Plaintiff Joseph F.
Etienne, Receiver


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. ETIENNE, as Receiver<br>for EDWARD O. TIETJEN, TAMMY<br>L. TIETJEN and ED TIETJEN<br>CONCRETE CONSTRUCTION, INC.,<br>a California corporation<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, THE<br>FRANCHISE TAX BOARD OF THE<br>STATE OF CALIFORNIA, THE<br>EMPLOYMENT DEVELOPMENT<br>DEPARTMENT OF THE STATE OF<br>CALIFORNIA, THE BOARD<br>OF EQUALIZATION OF THE<br>STATE OF CALIFORNIA,<br>EDWARD O. TIETJEN, TAMMY L.<br>TIETJEN, ED TIETJEN CONCRETE<br>CONSTRUCTION, INC.,<br>A-1 BATTERY, ACCURATE<br>TRENCHING, AMERICAN TRANSIT<br>MIX CO., INC., BAKERSFIELD<br>COUNTRY CLUB, BC TIRE SALES,<br>BRUNDAGE-BONE CONCRETE<br>PUMPING, INC., CENTURY<br>LANDSCAPE, INC., CITIBANK<br>SOUTH N.A., FLEET CARD FUELS,<br>FLEMING CONCRETE PUMPING,<br>INC., HERTZ EQUIPMENT RENTAL<br>CORP., INC., HUB CONSTRUCTION<br>SPECIALTIES, INC., JIM BURKE<br>FORD, INC., KERN BROS.<br>TRUCKING, INC., KERN COUNTY | **CASE NO. 1:05-CV-00703-REC-SMS**<br><br>**ORDER DISMISSING NEXTEL AND**<br>**NEXTEL COMMUNICATIONS WITH**<br>**PREJUDICE** |

---

1
ORDER DISMISSING NEXTEL WITH PREJUDICE

```
WASTE MANAGEMENT, NEXTEL,      )
NOTEWORLD, SPEED'S OIL TOOL    )
SERVICE, INC., UNITED RENTALS  )
NORTHWEST, INC., WATTENBARGER  )
DO IT CENTER, WITCHER          )
ELECTRIC, ZURICH NORTH         )
AMERICA and DOES 1 through     )
50, inclusive,                 )
                               )
          Defendants.          )
_____)
```

The Stipulation to Dismiss Defendant NEXTEL and NEXTEL

COMMUNICATIONS filed by Petitioner JOSEPH F. ETIENNE, as Receiver

for EDWARD O. TIETJEN, TAMMY L. TIETJEN and ED TIETJEN CONCRETE

CONSTRUCTION, INC., a California corporation, having been filed;

IT IS ORDERED that NEXTEN and NEXTEL COMMUNICATIONS is

dismissed from this action with prejudice.


        DATED:10/7/2005                    /s/ ROBERT E. COYLE_____
                                           JUDGE,   UNITED   STATES
                                           DISTRICT COURT

_____
                                  2