```
MICHAEL P. MEARS
A PROFESSIONAL CORPORATION
MICHAEL P. MEARS # 062113
MING OFFICE PARK
5500 MING AVENUE, SUITE 225
BAKERSFIELD, CA 93309
(661) 834-1600 TELEPHONE
(661) 834-0466 FACSIMILE

Attorney for Plaintiff Joseph F.
Etienne, Receiver
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. ETIENNE, as Receiver for EDWARD O. TIETJEN, TAMMY L. TIETJEN and ED TIETJEN CONCRETE CONSTRUCTION, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, THE FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, THE EMPLOYMENT DEVELOPMENT DEPARTMENT OF THE STATE OF CALIFORNIA, THE BOARD OF EQUALIZATION OF THE STATE OF CALIFORNIA, EDWARD O. TIETJEN, TAMMY L. TIETJEN, ED TIETJEN CONCRETE CONSTRUCTION, INC., A-1 BATTERY, ACCURATE TRENCHING, AMERICAN TRANSIT MIX CO., INC., BAKERSFIELD COUNTRY CLUB, BC TIRE SALES, BRUNDAGE-BONE CONCRETE PUMPING, INC., CENTURY LANDSCAPE, INC., CITIBANK SOUTH N.A., FLEET CARD FUELS, FLEMING CONCRETE PUMPING, INC., HERTZ EQUIPMENT RENTAL CORP., INC., HUB CONSTRUCTION SPECIALTIES, INC., JIM BURKE FORD, INC., KERN BROS. TRUCKING, INC., KERN COUNTY WASTE MANAGEMENT, NEXTEL, | **CASE NO. 1:05-CV-00703-REC-SMS**<br><br>**ORDER DISMISSING ZURICH NORTH AMERICA WITH PREJUDICE** |

```
NOTEWORLD, SPEED'S OIL TOOL    )
SERVICE, INC., UNITED RENTALS  )
NORTHWEST, INC., WATTENBARGER  )
DO IT CENTER, WITCHER          )
ELECTRIC, ZURICH NORTH         )
AMERICA and DOES 1 through     )
50, inclusive,                 )
                               )
          Defendants.          )
_____)
```

The Stipulation to Dismiss Defendant ZURICH NORTH AMERICA filed by Petitioner JOSEPH F. ETIENNE, as Receiver for EDWARD O. TIETJEN, TAMMY L. TIETJEN and ED TIETJEN CONCRETE CONSTRUCTION, INC., a California corporation, having been filed;

IT IS ORDERED that ZURICH NORTH AMERICA is dismissed from this action with prejudice.

DATED: October 13, 2005                    /s/ ROBERT E. COYLE_____
                                           JUDGE, UNITED STATES
                                           DISTRICT COURT