1  B. C. BARMANN, SR., COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  BY: Charles F. Collins, Deputy (SBN #104318)
   Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone: (661) 868-3800

5

6  Attorneys for Defendant, Kern County
   Waste Management

7

8                       UNITED STATE DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 JOSEPH F. ETIENNE, as Receiver for      )   CASE NO: CV-F-05-0703 REC SMS
   EDWARD O. TIETJEN, TAMMY L.             )
11 TIETJEN and ED TIETJEN CONCRETE         )   ORDER DISMISSING KERN
   CONSTRUCTION, INC., a California        )   COUNTY WASTE MANAGEMENT
12 corporation                             )   WITH PREJUDICE
                   Plaintiff,              )
13       v.                                )
                                           )
14 UNITED STATES OF AMERICA, et al.        )
                                           )
15              Defendants.                )
   _____)
16

17       The Stipulation to Dismiss defendant Kern County Waste Management by plaintiff

18 Joseph F. Etienne, as Receiver for Edward O. Tietjen, Tammy L. Tietjen and Ed Tietjen

19 Concrete Construction, Inc., a California corporation, having been filed;

20       IT IS HEREBY ORDERED that Kern County Waste Management is dismissed from

21 this action with prejudice.

   Dated: January  9 , 2006
22
                                               /s/ ROBERT E. COYLE
                                               Robert E. Coyle
23                                             United States Judge

24 #05cv703.wpd

25

26

27

28

_____
Stipulation to Dismiss                    1