```
 1  MICHAEL P. MEARS
    A PROFESSIONAL CORPORATION
 2  MICHAEL P. MEARS # 062113
    MING OFFICE PARK
 3  5500 MING AVENUE, SUITE 225
    BAKERSFIELD, CA 93309
 4  (661) 834-1600 TELEPHONE
    (661) 834-0466 FACSIMILE
 5
    Attorney for Plaintiff Joseph F.
 6  Etienne, Receiver

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. ETIENNE, as Receiver for EDWARD O. TIETJEN, TAMMY L. TIETJEN and ED TIETJEN CONCRETE CONSTRUCTION, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, THE FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, THE EMPLOYMENT DEVELOPMENT DEPARTMENT OF THE STATE OF CALIFORNIA, THE BOARD OF EQUALIZATION OF THE STATE OF CALIFORNIA, EDWARD O. TIETJEN, TAMMY L. TIETJEN, ED TIETJEN CONCRETE CONSTRUCTION, INC., A-1 BATTERY, ACCURATE TRENCHING, AMERICAN TRANSIT MIX CO., INC., BAKERSFIELD COUNTRY CLUB, BC TIRE SALES, BRUNDAGE-BONE CONCRETE PUMPING, INC., CENTURY LANDSCAPE, INC., CITIBANK SOUTH N.A., FLEET CARD FUELS, FLEMING CONCRETE PUMPING, INC., HERTZ EQUIPMENT RENTAL CORP., INC., HUB CONSTRUCTION SPECIALTIES, INC., JIM BURKE FORD, INC., KERN BROS. TRUCKING, INC., KERN COUNTY WASTE MANAGEMENT, NEXTEL, NOTEWORLD, SPEED'S OIL TOOL | **CASE NO. 1:05-CV-00703-REC-SMS**<br><br>**ORDER DISCHARGING PLAINTIFF FROM INTERPLEADER**<br><br>DATE OF MOTION: February 13, 2006<br>TIME: 1:30<br>COURTROOM: 1<br>JUDGE: Judge Coyle |

---

ORDER DISCHARGING PLAINTIFF IN INTERPLEADER

1  SERVICE, INC., UNITED RENTALS )
   NORTHWEST, INC., WATTENBARGER )
2  DO IT CENTER, WITCHER         )
   ELECTRIC, ZURICH NORTH        )
3  AMERICA and DOES 1 through    )
   50, inclusive,                )
4                                )
              Defendants.        )
5  _____)

6       The Motion for Discharge of Plaintiff in Interpleader came on
7  regularly for hearing by the court on February 13, 2006 at 1:30 p.m.
8  in Department 1 of this Court.  Plaintiff was represented by counsel,
9  MICHAEL P. MEARS.  Defendant UNITED STATES OF AMERICA was represented
10 by Henry Darmstadter, Esq.
11      On the evidence given to the satisfaction of the court, the court
12 makes the following orders:
13      1.   Plaintiff JOSEPH F. ETIENNE as Receiver for EDWARD O.
14 TIETJEN, TAMMY L. TIETJEN and ED TIETJEN CONCRETE CONSTRUCTION, INC.,
15 a California corporation, is hereby discharged from this action.
16      2.   Plaintiff's request for unpaid attorney's fees and costs in
17 the amount of $3,395.39 ($620.89 for costs and $2,774.50 in attorney's
18 fees) is hereby approved by the court and shall be paid to MICHAEL
19 MEARS from the funds deposited into the court by the plaintiff subject
20 to the following conditions. Attorney's fees and costs shall not be
21 paid to MICHAEL MEARS until the United States' claim is established
22 by the court. Furthermore, no sum shall be paid to MICHAEL MEARS to
23 the extent that any payment to him would reduce the payment from the
24 interpleader funds of any claim of the United States that is allowed
25 by the court.

26      DATED: February 27, 2006            /s/ROBERT E. COYLE
                                            ROBERT E. COYLE, JUDGE,
27                                          UNITED STATES DISTRICT COURT
28