1    McGREGOR W. SCOTT
     United States Attorney
2

3    HENRY C. DARMSTADTER
     Trial Attorney, Tax Division
     U.S. Department of Justice
4    P.O. Box 683
     Ben Franklin Station
5    Washington, D.C.  20044-0683
     Telephone:  (202) 307-6481
6    Facsimile:   (202) 307-0054

7    Attorneys for the United States of America

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH ETIENNE, as Receiver for EDWARD O.     CV-F-05-0703 REC SMS
     TIETJEN, TAMMY L. TIETJAN and ED
12   TIETJEN CONCRETE CONSTRUCTION, INC., a    **STIPULATION OF PARTIES AND**
     California Corporation,                          **ORDER FOR DISBURSEMENT OF**
13                                     **INTERPLEAD FUNDS AND**
           Plaintiff,                             **DISMISSAL OF ACTION**
14
         v.
15
     UNITED STATES OF AMERICA, et al.
16
          Defendants.
17

18

19         The undersigned parties in the above-captioned interpleader action, by and through undersigned

20   counsel, hereby stipulate as follows:[1]

21

22         With respect to the funds in the amount of $604,167.61 which were deposited in the above-

23   caption action with the Clerk of the Court, on or about August 31, 2005, Joseph F. Etienne, as receiver

24   _____

25       [1]The parties to this stipulation consist of the Receiver and all the remaining defendants (i.e., claimants
     to the interplead funds) in this action.  By Order, dated February 27, 2006, the Court granted the motion by
26   the plaintiff (Joseph F. Etienne, as receiver for Edward O. Tietjen and Tammy L. Tietjen and Ed Tietjen
     Concrete Construction, Inc.) for discharge of receiver in interpleader.  Although the plaintiff has been
27   discharged, he is included as a party to this stipulation because his request for attorney's fees was
     conditionally approved by the Court.

28

for Edward O. Tietjen and Tammy L. Tietjen and Ed Tietjen Concrete Construction, Inc., a California

corporation, the parties stipulate and agree that the Court should order disbursement of the interplead

funds in the following manner:

    1)    The sum of $92,573.92 shall be disbursed to the Internal Revenue Service by check made

payable to the "United States Treasury" and mailed to the United States Department of

Justice, Tax Division, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044

(Attention: Henry C. Darmstadter)[2]

    2)    The sum of $8,089.21 shall be disbursed to the Employment Development Department by

check made payable to the "Employment Development Department" and mailed to c/o

Steven J. Green, Deputy Attorney General, 1300 I Street, Sacramento, California 95814.

    3)    The sum of $1,942.90 shall be disbursed to the State of California, Franchise Tax Board

by check made payable to "Franchise Tax Board" and mailed to Steven J. Green, Deputy

Attorney General, 1300 I Street, Sacramento, California 95814.

    4)    The sum of $495,387.36 shall be disbursed to the Internal Revenue Service by check made

payable to the "United States Treasury" and mailed to the United States Department of

Justice, Tax Division, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044

(Attention: Henry C. Darmstadter).

    5)    The sum of $3,395.39 shall be disbursed to Michael Mears by check made payable to

"Michael Mears" and mailed to Ming Office Park, 5500 Ming Avenue, Suite 225,

---

[2]This disbursements represents the entire amount interplead by the Receiver on behalf of Ed Tietjen Concrete Construction, Inc., a California corporation.  The United States is entitled to the entire amount of these funds based upon employment tax liabilities assessed against Ed Tietjen Concrete Construction, Inc.

STIP. AND ORDER FOR DISBURSEMENT    2

Bakersfield, California 93309.

6)      Any funds remaining shall be disbursed to American Transit Mix Co., Inc. by check made

payable to "American Transit Mix Co., Inc." and mailed to Peckar & Abramson, 550

South Hope Street, Suite 1655, Los Angeles, California 90071 (Attention: John Pytel).

Once the Clerk of the Court has disbursed the interplead funds as set forth above the parties

further stipulate and agree that this action shall be dismissed without prejudice.

McGREGOR W. SCOTT
United States Attorney

Dated: April , 2006                 */s/ - Henry C. Darmstadter*
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-6481
Facsimile:  (202) 307-0054
Email: Henry.C.Darmstadter@usdoj.gov

Attorneys for the United States

BILL LOCKYER
California Attorney General

Dated: April 20, 2006               */s/ - Steven Green-authorization in gov't. file*
STEVEN J. GREEN
Deputy Attorney General
P.O. Box 944255
Sacramento, California 94244
(916) 324-5157
Fax: (916) 327-2247
Email: steven.green@doj.ca.gov

Attorneys for the FTB and EDD

STIP. AND ORDER FOR DISBURSEMENT            3

1

2   Dated:  April 20, 2006

3

4

5

6

7

8

9   Dated: April 20, 2006

10

11

12

13

14

15

16   Dated: April 20, 2006

17

18

19

20

21

22

23

24

25

26

27

28

*/s/John C. Pytel-authorization given at Status Conf.*
John C. Pytel
PEKAR & ABRAMSON, PC
8105 Irvine Center Drive
Suite 900
Irvine, CA 93618
(213) 489-9220
Fax: (949) 936-2677
Email:

Attorney for American Transit Mix Co., Inc.

*/s/Stacy Henry Bowman-authorization in gov't. file*
Stacy Henry Bowman
LAW OFFICE OF BOWMAN & TRACEY
2032 17th Street
Bakersfield, CA 93301
661-325-1300
Fax: 661-328-2979
Email: sbowman@law.bkcoxmail.com

Attorney for Tammy L. Tietjen

*/s/John S. Wall-authorization in gov't. file*
John S. Wall
Larry Fred Peake
WALL, WALL & PEAKE
1601 'F' Street
Bakersfield, CA 93301
(661) 327-8461
Fax: (661) 327-8568
Email: lpeake@ncinternet.net

Attorney for Edward O. Tietjen

STIP. AND ORDER FOR DISBURSEMENT                4

Dated: April 20, 2006              */s/Michael P. Mears-authorization in gov't. file*
Michael P. Mears
MICHAEL P. MEARS, A Professional Corporation
5500 Ming Avenue
Suite 225
Bakersfield, CA 93309
661834-1600
Fax: 661834-0466
Email: mpmesq@lightspeed.net

Attorney for Receiver Joseph F. Etienne

BASED UPON STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY

ORDERED:

With respect to the funds in the amount of $604,167.61 which were deposited in the above-

caption action with the Clerk of the Court, on or about August 31, 2005, by the plaintiff Joseph F.

Etienne, as receiver for Edward O. Tietjen and Tammy L. Tietjen and Ed Tietjen Concrete Construction,

Inc., a California corporation, the Clerk of the Court is directed to disburse the interplead funds in the

following manner:

    1)      The sum of $92,573.92 shall be disbursed to the Internal Revenue Service by check made

              payable to the "United States Treasury" and mailed to the United States Department of

              Justice, Tax Division, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044

              (Attention: Henry C. Darmstadter)

    2)      The sum of $8,089.21 shall be disbursed to the Employment Development Department by

              check made payable to the "Employment Development Department" and mailed to c/o

              Steven J. Green, Deputy Attorney General, 1300 I Street, Sacramento, California 95814.

3)      The sum of $1,942.90 shall be disbursed to the State of California, Franchise Tax Board by check made payable to "Franchise Tax Board" and mailed to Steven J. Green, Deputy Attorney General, 1300 I Street, Sacramento, California 95814.

4)      The sum of $495,387.36 shall be disbursed to the Internal Revenue Service by check made payable to the "United States Treasury" and mailed to the United States Department of Justice, Tax Division, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044 (Attention: Henry C. Darmstadter).

5)      The sum of $3,395.39 shall be disbursed to Michael Mears by check made payable to "Michael Mears" and mailed to Ming Office Park, 5500 Ming Avenue, Suite 225, Bakersfield, California 93309.

6)      Any funds remaining shall be disbursed to American Transit Mix Co., Inc. by check made payable to "American Transit Mix Co., Inc." and mailed to Peckar & Abramson, 550 South Hope Street, Suite 1655, Los Angeles, California 90071 (Attention: John Pytel).

Once the Clerk of the Court has disbursed the interplead funds as set forth above the action shall be dismissed without prejudice and the file in this matter shall be closed.

Dated: April 21, 2006                    /s/ ROBERT  E. COYLE__
                                         JUDGE, UNITED STATES DISTRICT COURT

STIP. AND ORDER FOR DISBURSEMENT                 6