**ORIGINAL**

John C. Pytel
Peckar & Abramson, P.C.
8105 Irvine Center Drive
Suite 900
Irvine, CA 93618
Tel.: (213) 489-9220; Fax: (949) 936-2677

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

Joseph F. Etienne,

Plaintiff(s)

v.

United States of America, et al.,

Defendant(s)

CASE NUMBER: 1:05-CV-00703-REC-SMS

USDC-Eastern District

**SUBSTITUTION OF ATTORNEY**

AMERICAN TRANSIT MIX CO., INC.
    Name of Party
[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes PECKAR & ABRAMSON, P.C., John C. Pytel, Esq. _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   8105 Irvine Center Dr., Suite 900
                                                                  Street Address

Irvine, CA 92618           (213) 489-9220   (949) 936-2677    217653, CALIF.
City, State, Zip Code       Telephone Number   Facsimile Number    State Bar Number

as attorney of record in the place and stead of Jeffrey G. Olsen, SBN 067028
                                                 Present Attorney

Dated: APRIL 13, 2006

/s/ Ross Cirrincione
Signature of Party

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: APRIL 6, 2006

/s/ Jeffrey G. Olsen
Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: April 18, 2006

/s/ JOHN C. PYTEL, ESQ.
Signature of New Attorney
Attorneys for AMERICAN TRANSIT MIX CO., INC.

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: 4/19/2006

/s/ Sandra M. Snyder
United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.caed.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

PDF created with pdfFactory trial version www.pdffactory.com